## GREEN v. BONAFFON.

### July 3, 1838.

*Rule to show cause why writ and service should not be quashed.*

A *capias ad respondendum* and its service will not be quashed, on a motion made to that effect, on the ground of defendant's privilege as a suitor at the time in another forum, where the motion is made after the defendant has obtained a rule to show cause of action which has been heard, and several days have elapsed.

THIS was a *capias ad respondendum,* to June term, 1838, 402. The defendant having been arrested, obtained a rule to show cause of action, and why he should not be discharged on common bail. On the hearing of this rule, and the production of plaintiff's affidavit, the court reduced the bail.

After some days delay, the defendant obtained this rule to show cause why the writ and service should not be wholly quashed, on the ground (supported by affidavits as to the fact) that at the time of issuing and service of the writ, the defendant was a suitor in a case pending before an alderman of the city of Philadelphia.

*Brewster,* for plaintiff.
*Alleson,* for defendant.

PER CURIAM.—No application to set aside process or proceedings for irregularity will be allowed, unless made within a reasonable time; nor if the party applying has taken a fresh step with a knowledge of the irregularity complained of, and this rule applies as well to the case of a prisoner as to other persons. See the cases collected in *Bagley's Practice* 95–6.

Rule discharged.